UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR422-0007

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| HUNTER COLE REAVIS | ) Convicted Felon |
| | ) |
| | ) 18 U.S.C. § 922(g)(3) |
| | ) Possession of a Firearm by an |
| | ) Unlawful User of a Controlled |
| | ) Substance |
| | ) |
| | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Distribute a |
| | ) Controlled Substance |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |

FILED
U.S. DISTRICT COURT
2022 JAN 11 P 3:34
CLERK_____
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 31, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**HUNTER COLE REAVIS,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Kel-Tec, Model P32, .32 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Firearm by an Unlawful User of a Controlled Substance*
18 U.S.C. § 922(g)(3)

On or about May 31, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**HUNTER COLE REAVIS,**

knowingly that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802 did knowingly possess a firearm, to wit, a Kel-Tec, Model P32, .32 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT THREE
*Conspiracy to Distribute a Controlled Substance*
21 U.S.C. § 846

Beginning on a precise date in 2021 unknown and continuing up to on or about May 31, 2021, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**HUNTER COLE REAVIS,**

abetted by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to distribute a controlled substance, said conspiracy involving a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Before **HUNTER COLE REAVIS** committed the offense charged in this count, he had the following final convictions for felony drug offenses, namely, Possession of Methamphetamine in Chatham County, Georgia, Superior Court case number SPCR19-03209-J6, in violation of O.C.G.A. § 16-13-30(a), and Possession of Methamphetamine in Chatham County, Georgia, Superior Court, case number SPCR20-01739-J5, in violation of O.C.G.A. § 16-13-30(a).

### COUNT FOUR
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about May 31, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**HUNTER COLE REAVIS,**

did knowingly possess a firearm, to wit, a Kel-Tec, Model P32, .32 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846, as charged in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One, Two, and Four of this Indictment, the defendant, **HUNTER COLE REAVIS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Kel-Tec, Model P32, .32 caliber pistol, S/N C9547.

A True Bill.

_____

/s/

_____
David H. Estes
United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

5